09-4191MP

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/29/09, 20___ while exercising my duties as a law enforcement officer in the _____ District of AZ

- Dispatch received a call from a hit and run victim on East Rim
- Dr stating a brown truck with three Native Americans in it rolled into his vehicle and left refusing to give information.
- The victim described the vehicle as a brown truck bearing AZ tag AEF-5316. Ranger Ropp stopped the vehicle at the Tusayan Museum. I contacted the driver and identified her by driver's license as Henrietta Mann. I observed several open containers of alcohol as well as several unopened containers of alcohol in the truck. Mann had glassy and blood shot eyes. I observed a smell of alcohol coming from Mann's person. Mann stated she had not been drinking but would consent to a PBT reading and field sobriety tests. Mann had a PBT reading of .262 on scene at 1055 hours and failed all field sobriety tests. Mann had an Intoxilyzer 8000 reading of .170 and .157 at 1224 and 1232 hours. Mann was arrested for having an alcohol concentration greater than .08 and operating a motor vehicle.

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/29/09  _M. Morrison_
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

---

**United States District Court**
**Violation Notice**

| CVB Location Code | Officer Name (Print) | Officer No. |
|---|---|---|
| A-107 | Morrison | 1279 |

Violation Number: 1547608

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 7/29/09 0855
Offense Charged: 4.23 (a)(2)  ☑ CFR  ☐ USC  ☐ State Code
Place of Offense: Tusayan Museum
Offense Description: Alcohol concentration greater than .08

**DEFENDANT INFORMATION**
Last Name: Mann    First Name: Henrietta    M.I.:
Street Address: 1710 A. Desert Duplex Colter rm
City: Grand Canyon    State: AZ    Zip Code: 86023
Drivers License No.: B11285462    D.L. State: AZ    Social Security No.: 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
Date of Birth (mm/dd/yyyy): 3/10/67
☐ Adult ☐ Juvenile    Sex: ☐ Male ☑ Female    Hair: BK  Eyes: BR  Height: 5'4"  Weight: 200

**VEHICLE DESCRIPTION** VIN:
Tag No.: AEF-5316    State: AZ    Year: 94    Make/Model: Ford    Color: BR

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $_____ Forfeiture Amount
                           + $25 Processing Fee
                  $_____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____
(Rev. 03/2006)    Original - CVB Copy

09-5731
1547608

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/29/09, 20___ while exercising my duties as a law enforcement officer in the _____ District of AZ

Dispatch received a call from a hit and run victim on East Rim Dr stating a brown truck with three Native Americans in it rolled into his vehicle and left refusing to give information. The victim described the vehicle as a brown truck bearing AZ tag AEF-5316. The victim's vehicle had brown paint on the door. Ranger Ropp stopped the vehicle and identified her by driver's license as Henrietta Mann. I observed several open containers of alcohol as well as several unopened containers of alcohol in the truck. Mann denied hitting any vehicle. I interviewed a second party in the vehicle who stated they may have hit someone when they first entered East Rim Dr. A third party was in the rear cab of the vehicle passed out. Mann was arrested for leaving the scene of an accident without giving information.

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/29/09   /s/ M. Morrison
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

## United States District Court
### Violation Notice

| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
|---|---|---|---|
| 1547607 | Morrison | 1279 | A-107 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 7/29/09 0445
Place of Offense: BLCFR 4.2(b) 28-622 A1
Offense Charged: ☑ CFR ☐ USC ☐ State Code  ARS

09-5731

Offense Description: Tusayan Museum
Leave accident scene w/o giving info

### DEFENDANT INFORMATION

Last Name: Mann   First Name: Henrietta   M.I.: ___
Phone: (928) 638-4016

Street Address: 710 A Desert Dr
City: Grand Canyon   State: AZ   Zip Code: 86023
Drivers License No.: B11285462   D.L. State: AZ   Social Security No.: 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   Date of Birth: 3/10/67

☑ Adult ☐ Juvenile   Sex ☐ Male ☑ Female   Hair: BR   Eyes: BR   Height: 5'4"   Weight: 200

### VEHICLE DESCRIPTION  VIN:

Tag No.: AEF-5316   State: AZ   Year: 94   Make/Model: Ford   Color: BK

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

PAY THIS AMOUNT → $ _____
+ $25 Processing Fee
Total Collateral Due: $ _____

YOUR COURT DATE
Court Address: _____   Date: _____   Time: _____

X Defendant Signature: _____

(Rev. 03/2006)

1547607

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/29/, 20 09 while exercising my duties as a law enforcement officer in the _____ District of AZ

- Dispatch received a call from a hit and run victim on East Rim Dr stating a brown truck with three Native Americans in it rolled into his vehicle and left refusing to give information. The victim described the vehicle as a brown truck bearing AZ tag AEF-5316. Ranger Ropp stopped the vehicle at the Tusayan Museum. I contacted the driver and identified her by driver's license as Henrietta Mann. I observed several open containers of alcohol as well as several unopened containers of alcohol in the truck. Mann failed all field sobriety tests and had a PBT reading of .262 on scene. Mann was placed under arrest and began speaking in Navajo to the third party in the back of the truck who had been passed out. Mann was speaking in Navajo and stated, "Melody Morrison" in the middle of the sentence and continued to say "make sure it gets taken care of". Mann refused to step away from her truck when ordered three times. Mann refused to cooperate during a search incident to arrest by refusal to spread her feet apart. Mann refused to sit either on the rear passenger or driver side of the vehicle and locked her legs and arched her back to where force had to be applied to make her sit down in the seat and refused to put the seat belt on. Mann was kicking at the transport cage and door during transport. Mann kicked at my face several times. Mann was unfastening her seatbelt and lying down in the rear of the vehicle multiple times. I had to pull over during transport and Mann locked her legs again and refused to sit in a seat with a seatbelt. Force had to be applied again. Mann stated she did not have to listen to me or Ranger Ropp because it was the "white man's laws" and they did not apply to her.

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/29/09  _[signature]_ M. Morrison
Date (mm/dd/yyyy)  Officer's Signature

Executed on: _____  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

Probable cause has been stated for the issuance of a warrant.

---

## United States District Court
### Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A-107 | 1547606 | Morrison | 1279 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☐ CFR ☐ USC ☐ State Code |
|---|---|---|
| 7/29/09 0145 | 36 CFR 2.32 (a)(1) | |

Place of Offense: Tusayan Museum

Offense Description: Interference (major)

### DEFENDANT INFORMATION   Phone: (928) 638-4018

Last Name: Mann  First Name: Henrietta  M.I.

Street Address: 1710 A Desert Dr

City: Grand Canyon  State: AZ  Zip Code: 86023

Drivers License No.: B11285U67  D.L. State: AZ  Social Security No.: 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  Date of Birth: 3/10/67

☐ Adult ☐ Juvenile  Sex ☐ Male ☒ Female  Hair BR  Eyes BR  Height 5'4  Weight 200

### VEHICLE DESCRIPTION  VIN:

Tag No.: AEF-5316  State: AZ  Year: 94  Make/Model: Ford  Color: BR

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2006)  Original - CVB Copy

1547606

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/29/09, 20___ while exercising my duties as a law enforcement officer in the ___ District of AZ

Dispatch received a call from a hit and run victim on East Rim Dr stating a brown truck with three Native Americans in it rolled into his vehicle and left refusing to give information. The victim described the vehicle as a brown truck bearing AZ tag AEF-5316. Ranger Ropp stopped the vehicle at the Tusayan Museum. I contacted the driver and identified her by driver's license as Henrietta Mann. I observed several open containers of alcohol as well as several unopened containers of alcohol in the truck, in plain view, in the passenger side of the truck. Mann had glassy and blood shot eyes. I observed a smell of alcohol coming from Mann's person. The open containers consisted of eight open beer cans consumed, 14 beer cans unopened, two large bottles of Mickey and Budweiser beer unopened, 4 glass bottles of beer unopened and two fifths of liquor consisting of Yeagermeister and 99 Oranges. Mann was arrested for having open containers of alcohol in her vehicle. A third party was also passed out in the rear of the vehicle that had also been consuming alcohol.

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/29/09  _M. Morrison_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

## United States District Court
### Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A-107 | 1547605 | Morrison | 1279 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 7/29/09 0445 | 36 CFR 4.14(b) |

Place of Offense: Tusayan Museum
Offense Description: Open Container of alcohol

09-5731

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Mann | Henrietta | |

Phone: (928) 638-4018

Street Address: 1710 A Desert Dipleses Colter Ln
City: Grand Canyon  State: AZ  Zip Code: 86023

Drivers License No: B11285462  D.L. State: AZ  Social Security No: 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  Date of Birth: 3/10/67

☐ Adult ☐ Juvenile   Sex ☐ Male ☒ Female

### VEHICLE DESCRIPTION  VIN: 

| Tag No. | State | Year | Make/Model | Hair | Eyes | Height | Weight | Color |
|---|---|---|---|---|---|---|---|---|
| AEF-5316 | AZ | 94 | Ford | BR | BR | 5'4" | 200 | Brown |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

1547605

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/29/09, 20___ while exercising my duties as a law enforcement officer in the ___ District of AZ

- Dispatch received a call from a hit and run victim on East Rim Dr stating a brown truck with three Native Americans in it rolled into his vehicle and left refusing to give information. The victim described the vehicle as a brown truck bearing AZ tag AEF-5316. Ranger Ropp stopped the vehicle at the Tusayan Museum. I contacted the driver and identified her by driver's license as Henrietta Mann. I observed several open containers of alcohol as well as several unopened containers of alcohol in the truck. Mann had glassy and blood shot eyes. I observed a smell of alcohol coming from Mann's person. Mann stated she had not been drinking but would consent to a PBT reading and field sobriety tests. Mann had a PBT reading of .262 at 1055 hours and failed all field sobriety tests. Mann was arrested for driving a motor vehicle while under the influence of alcohol.

The foregoing statement is based upon:
☑ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/29/09  [signature] M. Morrison
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A-107 | 1547604 | Morrison | 1279 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☑ CFR ☐ USC ☐ State Code |
|---|---|---|
| 7/29/09 0845 | 36 CFR 4.23(a)(1) | |

Place of Offense: Tusayan Museum

Offense Description: Operating a motor vehicle Under influence of alcohol

09-5731

### DEFENDANT INFORMATION   Phone: (928) 638-4018

| Last Name | First Name | M.I. |
|---|---|---|
| Mann | Henrietta | |

Street Address: 1716 A Desert Duplexes
City: Grand Canyon   State: AZ   Zip Code: 86023
Drivers License No.: B112854162   D.L. State: AZ   Social Security No.: 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   Date of Birth (mm/dd/yyyy): 3/10/47
☑ Adult ☐ Juvenile   Sex ☐ Male ☑ Female

### VEHICLE DESCRIPTION   VIN:

| Tag No. | State | Year | Make/Model | Hair | Eyes | Height | Weight | Color |
|---|---|---|---|---|---|---|---|---|
| AEF-5316 | AZ | 94 | Ford | BR | BR | 5'4" | 200 | Brown |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

1547604